ADAM J. LEVITT (*pro hac vice*)
levitt@whafh.com
EDMUND S. ARONOWITZ (*pro hac vice*)
aronowitz@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone:  312/984-0000
Facsimile:   312/984-0001

JONATHAN SHUB (237708)
jshub@seegerweiss.com
SEEGER WEISS LLP
10960 Wilshire Blvd.
Los Angeles, California  90024
Telephone:  310/477-2244

MICHAEL ASCHENBRENER (*pro hac vice*)
EDELSON MCGUIRE, LLC
maschenbrener@edelson.com
350 North LaSalle, 13th Floor
Chicago, Illinois  60654
Telephone: 312/589-6370
Facsimile:  312/589-6378

Plaintiffs' Interim Co-Lead Counsel
(Additional Counsel Appear on Signature Block)

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
12/29/2010

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA PRIVACY LITIGATION | Case No. CV 10-04680 JW |
| | **STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE FROM JANUARY 31, 2011 TO FEBRUARY 7, 2011** |
| | DATE:    January 31, 2011 |
| | TIME:    10:00 a.m. |
| | CRTRM:  8 |
| | JUDGE:  Hon. James Ware |

JOINT MOTION CASE MANAGEMENT CONFERENCE – Case No. C 10-04680

The parties, by their undersigned counsel, pursuant to Northern District of California Local Rules 6-2 and 7-12, respectfully submit the following Stipulated Request for an Order Changing the Time of presently-set Case Management Conference in the above-captioned matter, and in related case the *In re Facebook Privacy Litigation*, No. C 10-02389 JW, from January 31, 2011 to February 7, 2011.  The parties request this relief to accommodate a pre-planned engagement of counsel that was scheduled prior to the Court's entry of its December 10, 2010 Order.[1]  In support of this Stipulated Request, the parties further submit the Declaration of Adam J. Levitt, dated December 22, 2010, attached hereto.

**WHEREFORE**, the parties respectfully stipulate that the Court continue the Case Management Conference in the *In re Facebook Privacy Litigation*, No. C 10-02389 JW, and the *In Re Zynga Privacy Litigation*, No. C 10-04680 JW, Actions to February 7, 2011, at 9:00 a.m.

Dated:  December 23, 2010

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC

  /s/Adam J. Levitt
ADAM J. LEVITT (*pro hac vice*)
EDMUND S. ARONOWITZ (*pro hac vice*)
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone:  312/984-0000
Facsimile:   312/984-0001
levitt@whafh.com
aronowitz@whafh.com

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
PATRICK H. MORAN

---

[1] By its December 10, 2010 Order, the Court designated the January 31, 2011 Case Management Conference as a joint conference for both *In re Zynga Privacy Litigation* and *In re Facebook Privacy Litigation*.  Dec. 10, 2010 Order at 6.  The parties to *In re Facebook Privacy Litigation* agree to the rescheduling of the above-referenced Case Management Conference from January 31, 2011 to February 7, 2011 and will be filing a substantively identical agreed motion in that action to that effect.

| | |
|---|---|
| 1 | 750 B Street, Suite 2770 |
| | San Diego, California  92101 |
| 2 | Telephone:  619/239-4599 |
| | Facsimile:   619/234-4599 |
| 3 | gregorek@whafh.com |
| | manifold@whafh.com |
| 4 | rickert@whafh.com |
| | moran@whafh.com |
| 5 | |
| 6 | |
| | SEEGER WEISS LLP |
| 7 | JONATHAN SHUB |
| | 10960 Wilshire Blvd. |
| 8 | Los Angeles, California  90024 |
| | Telephone: 310/477-2244 |
| 9 | jshub@seegerweiss.com |
| 10 | |
| | EDELSON MCGUIRE, LLC |
| 11 | MICHAEL ASCHENBRENER (*pro hac vice*) |
| | 350 North LaSalle Street, 13th Floor |
| 12 | Chicago, Illinois  60654 |
| | Telephone: 312/589-6370 |
| 13 | Facsimile:  312/589-6378 |
| 14 | maschenbrener@edelson.com |
| 15 | |
| | Plaintiffs' Interim Co-Lead Class Counsel |
| 16 | |
| | Dated:  December 23, 2010        DUANE MORRIS LLP |
| 17 | |
| 18 |         /s/Richard L. Seabolt                              |
| | RICHARD L. SEABOLT |
| 19 | SUZANNE R. FOGARTY |
| | OLIVER E. BENN |
| 20 | Spear Tower |
| | One Market Plaza, Suite 2200 |
| 21 | San Francisco, California  94105 |
| | Telephone:  415/957-3000 |
| 22 | Facsimile:   415/957-3001 |
| | RLSeabolt@DuaneMorris.com |
| 23 | SRFogarty@DuaneMorris.com |
| | Obenn@DuaneMorris.com |
| 24 | |
| 25 | Attorneys for Defendant |
| | Zynga Game Network, Inc. |
| 26 | |
| 27 | |
| 28 | |

JOINT MOTION CASE MANAGEMENT CONFERENCE – Case No. C 10-04680

- 2 -

| | | |
|---|---|---|
| 1 | Dated: December 23, 2010 | COOLEY LLP |
| 2 | | /s/Michael G. Rhodes |
| | | MICHAEL G. RHODES (116127) |
| 3 | | MATTHEW D. BROWN (196972) |
| | | JAMES M. PENNING (229727) |
| 4 | | 101 California Street, 5th Floor |
| | | San Francisco, CA 94111-5800 |
| 5 | | Telephone: (415) 693-2000 |
| | | Facsimile: (415) 693-2222 |
| 6 | | rhodesmg@cooley.com |
| | | brownmd@cooley.com |
| 7 | | jpenning@cooley.com |
| 8 | | Attorneys for Defendant |
| | | Facebook, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED

On or before January 21, 2011, the parties shall file a Joint Case Management Statement pursuant to Fed. R. Civ. P. 26 and L.R. 16-9. The statement shall include a good faith plan for coordination and contain, among other things, a proposed schedule for coordinated discovery.

Dated: December 29, 2010

*/s/ James Ware*
United States District Judge

JOINT MOTION CASE MANAGEMENT CONFERENCE – Case No. C 10-04680

- 3 -

## DECLARATION OF ADAM J. LEVITT

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted to practice in the State of Illinois, and have been designated Interim Co-Lead Class Counsel in the *In Re Zynga Privacy Litigation* putative class action. I have been admitted to practice before this Court, *pro hac vice*, in conjunction with this action. I am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of the matters set forth herein and, if called to testify, would be competent to do so.

2. In its December 10, 2010 Order Denying Defendant Facebook's Motion to Consolidate, Granting Defendant Zynga's Motion to Consolidate and Appointing Interim Co-Lead Class Counsel, the Court set a Case Management Conference for January 31, 2011 at 9 a.m. for both the *In re Facebook Privacy Litigation* and the *In re Zynga Privacy Litigation* to discuss coordination of the two Actions.

3. Plaintiffs have requested, and defendants have agreed, subject to Court approval, to the rescheduling of the Case Management Conference to February 7, 2011 at 9 a.m. The reason for this extension is to accommodate a pre-planned engagement in a personal matter that I scheduled prior to the Court's entry of its December 10, 2010 Order, and which will leave me outside the United States on January 31, 2011.

4. I have been informed that the parties to *In re Facebook Privacy Litigation* also agree to the rescheduling of the above-referenced Case Management Conference from January 31, 2011 to February 7, 2011 and will be filing a substantively identical stipulation to that effect.

5. There have been no previous time modifications in the *In Re Zynga Privacy Litigation*, whether by stipulation or court order.

6. Other than continuing the Case Management Conference by one week, the requested time modification will not effect the schedule of the case in any material way.

DATED:   December 23, 2010          /s/ Adam J. Levitt
                                    ADAM J. LEVITT

JOINT MOTION CASE MANAGEMENT CONFERENCE – Case No. C 10-04680

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Adam J. Levitt, am the ECF User whose ID and password are being used to file this Stipulated Request for Order Changing Time of Case Management Conference from January 31, 2011 to February 7, 2011. In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of December 2010, at San Diego, California.

      /s/ Adam J. Levitt
      ADAM J. LEVITT

## DECLARATION OF SERVICE

I, Marta Stasik, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on December 23, 2010, declarant served the **STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE FROM JANUARY 31, 2011 TO FEBRUARY 7, 2011** via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That on December 23, 2010, declarant served the parties who are not registered participants of the CM/ECF System, via United States Mail.

4. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2010, at San Diego, California.

                                                                  /s/ Marta Stasik  
                                                                  MARTA STASIK

ZYNGA GAME NETWORK, INC.
Service List – October 28, 2010
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Patrick H. Moran
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
moran@whafh.com

Adam J. Levitt
Edmund S. Aronowitz
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
    312/984-0000
    312/984-0001 (fax)
levitt@whafh.com
aronowitz@whafh.com

William J. Doyle II
John A. Lowther
DOYLE LOWTHER LLP
9466 Black Mountain Road, Suite 210
San Diego, CA 92126
    619/573-1700
    619/573-1701 (fax)
bill@doylelowther.com
john@doylelowther.com

Alan M. Mansfield
THE CONSUMER LAW GROUP
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
    619/308-5034
    888/341-5048 (fax)
alan@clgca.com

**Attorneys for Plaintiffs Gudac and Beiles**

17868

Shawn Khorrami
Robert J. Drexler, Jr.
Launa Adolph
KHORRAMI POLLARD & ABIR LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
    213/596-6000
    213/596-6010 (fax)
skhorrami@kpalawyers.com
rdrexler@kpalawyers.com
ladolph@kpalawyers.com

Harris L. Pogust
Bharati O. Sharma
POGUST, BRASLOW & MILROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 194238
    610/941-4204
    610/941-4245 (fax)
hpogust@pbmattorneys.com
bsharma@phmattorneys.com

**Attorneys for Plaintiff Albini**

Kassra P. Nassiri
Charles H. Jung
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, CA 94108
    415/762-3100
    415/534-3200 (fax)
knassiri@nassiri-jung.com
ejung@nassiri-jung.com

Michael J. Aschenbrener
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
    312/589-6370
    312/589-6378 (fax)
maschenbrener@edelson.com

**Attorneys for Plaintiff Graf**

ZYNGA GAME NETWORK, INC.
Service List – October 28, 2010
Page 2

COUNSEL FOR PLAINTIFFS

Jonathan Shub
SEEGER WEISS LLP
10960 Wilshire Blvd.
Los Angeles, CA 90024
    310/477-2244
    310/477-4123 (fax)
jshub@seegerweiss.com

Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
One William Street
New York, NY 10004
    212/584-0700
    212/584-0799 (fax)
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com

Michael J. Boni
BONI & ZACK, LLP
15 St. Asaphs Road
Bala Cynwyd, PA 19004
    610/822-0200
    610/822-0206 (fax)
mboni@bonizack.com

Eric D. Freed
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602
    312/220-0000
    312/220-7777 (fax)
eric@freedwiess.com

Marc H. Edelson
44 West Court Street
Doylestown, PA 18901
    215/230-8043
    215/230-8735 (fax)
medelson@edelson-law.com

**Attorneys for Plaintiff Schreiber**

Juli E. Farris
Mark A. Griffin
David J. Ko
KELLER RHOHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
    206/623-1900
    206/623-3384 (fax)
jfarris@kekllerrohrback.com
mgriffin@kellerrohrback.com
dko@kellerrohrback.com

**Attorneys for Plaintiff Swanson**

Jeff S. Westerman
Sabrina S. Kim
MILBERG LLP
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
    213-617-1200
    213-617-1975 (fax)
jwesterman@milberg.com
skim@milberg.com

Peter E. Seidman
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
    212-594-5300
    212-868-1229 (fax)
pseidman@milberg.com

Michael Robert Reese
Kim E. Richman
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
    212-579-4625
    212 253-4272 (fax)
michael@reeserichman.com

**Attorneys for Plaintiffs Phee and O'Hara**

17868

ZYNGA GAME NETWORK, INC.
Service List – October 28, 2010
Page 3

COUNSEL FOR PLAINTIFFS

Adam Gutride
Kristen Gelinas Simplicio
Seth Adam Safier
GUTRIDE SAFIER LLP
835 Douglass Street
San Francisco, CA 94114
   415/271-6469
   415/449-6469 (fax)
adam@gutridesafier.com
Kristen@gutridesafier.com
seth@gutridesafier.com

**Attorneys for Plaintiff Carmel-Jessup**

Eric H. Gibbs
Dylan Hughes
David Knothe Stein
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108
   415/981-4800
   415/981-4846 (fax)
ehg@girardgibbs.com
dsh@girardgibbs.com
ds@girardgibbs.com

Andrew N. Friedman
Daniel A. Small
Stefanie M. Ramirez
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue
Suite 500, West Tower
Washington, DC 98104
   202/408-4600
   202/408-4699 (fax)
afriedman@cohenmilstein.com
dsmall@cohenmilstein.com
sramirez@cohenmilstein.com

Philip Scott Friedman
Attorney at Law
2401 Pennsylvania Ave., N.W., Suite 410
Washington, DC 20037
   202/293-4175
   202/318-0395 (fax)
psf@consumerlawhelp.com

**Attorneys for Plaintiffs Bryant and Brock**

COUNSEL FOR DEFENDANTS

Richard L. Seabolt
Suzanne R. Fogarty
Oliver E. Benn
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
   415/957-3000
   415/957-3001 (fax)
RLSeabolt@DuaneMorris.com
SRFogarty@DuaneMorris.com
Obenn@DuaneMorris.com

Attorneys for Defendant
ZYNGA GAME NETWORK INC.

17868