Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
Dylan Hughes (SBN 209113)
dsh@girardgibbs.com
David Stein (SBN 257465)
ds@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

*Counsel for Plaintiffs Bryant and Brock*

[Additional Counsel on Signature Page]

IT IS SO ORDERED
Judge James Ware
1/5/2011

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In re Zynga Privacy Litigation | CASE NO. CV 10-04680 JW |
|---|---|
| | CLASS ACTION |
| | **PLAINTIFFS KAREN BRYANT AND CHRISTOPHER BROCK'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FACEBOOK INC. PURSUANT TO RULE 41(a)(1)** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, following the Court's Order on December 10, 2010, consolidating the Facebook actions and Zynga actions separately, Plaintiffs Karen Bryant and Christopher Brock hereby voluntarily dismiss all of their claims against Defendant Facebook Inc. in the above-referenced *In re Zynga Privacy Litigation* pursuant to Federal Rule of Civil Procedure 41(a)(1). *See generally Wynn v. Nat'l Broadcasting Co.*, No. CV 00-11248, 2002 WL 31681865 (C.D. Cal. Mar. 6, 2002) (dismissal under Rule 41(a)(1) did not require approval "by the Court pursuant to Rule 23(e), since there is no certified class action").

DATED: January 4, 2011                        Respectfully submitted,

**GIRARD GIBBS LLP**


By: /s/ David Stein

Eric H. Gibbs
Dylan Hughes
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

Andrew N. Friedman
Daniel A. Small
Stefanie M. Ramirez
**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC, 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Philip S. Friedman
**FRIEDMAN LAW OFFICES, PLLC**
psf@consumerlawhelp.com
2401 Pennsylvania Avenue N.W., Suite 410
Washington D.C. 20037
Telephone: (202) 293-4175
Fax: (202) 318-0395

*Attorneys for Plaintiffs Bryant and Brock*