MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

REESE RICHMAN LLP
MICHAEL R. REESE (SBN 206773)
mreese@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

*Attorneys for Plaintiffs*
*Iris Phee and William J. O'Hara*

[Additional Counsel on Signature Page]

IT IS SO ORDERED
Judge James Ware
1/10/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA PRIVACY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. CV 10-04680 JW <br><br> <u>CLASS ACTION</u> <br><br> PLAINTIFFS IRIS PHEE AND WILLIAM J. O'HARA'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FACEBOOK INC. |

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Iris Phee and William J. O'Hara voluntarily dismiss all of their claims against Defendant Facebook Inc. without prejudice.

DATED: January 6, 2011

MILBERG LLP
JEFF S. WESTERMAN
SABRINA S. KIM

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
jwesterman@milberg.com
skim@milberg.com

MILBERG LLP
PETER E. SEIDMAN
ANDREI V. RADO
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
pseidman@milberg.com
arado@milberg.com

REESE RICHMAN LLP
MICHAEL R. REESE
KIM RICHMAN
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272
mreese@reeserichman.com

*Attorneys for Plaintiffs*
*Iris Phee and William J. O'Hara*

DOCS\542487v1

DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on January 6, 2011, declarant served PLAINTIFFS IRIS PHEE AND WILLIAM J. O'HARA'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FACEBOOK INC. by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☐ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☒ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system.  Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants as addressed and listed below:

Launa Adolph
Khorrami Pollard & Abir LLP
444 S. Flower Street
33rd Floor
Los Angeles, CA 90071

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of January, 2011, at Los Angeles, California.

_____
CECILLE CHAFFINS