Richard L. Seabolt (SBN 67469)
Suzanne R. Fogarty (SBN 154319)
Oliver E. Benn (SBN 244618)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: 415.957.3000
Facsimile:  415.957.3001
E-mail:     RLSeabolt@DuaneMorris.com
            SRFogarty@DuaneMorris.com
            OBenn@DuaneMorris.com

Attorneys for Defendant,
ZYNGA INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ZYNGA PRIVACY LITIGATION | Case No. CV 10-04680 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO FILE JOINT CASE MANAGEMENT STATEMENT<br><br>Date:    February 7, 2011<br>Time:    10:00 a.m.<br>Ctrm:    8<br>Judge:   Hon. James Ware |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant

Zynga Inc., through their respective counsel, as follows:

1.      Because the parties are still endeavoring to narrow their differences, they agree that

the date by which the parties shall file a Joint Case Management Statement pursuant to Fed.R.Civ.P.

1  26 and L.R. 16-9, should be and, subject to Court approval, is hereby extended to Tuesday, January

2  25, 2011.

3                                          Respectfully Submitted,

4  Dated:  January ___, 2011              DUANE MORRIS LLP

5

6                            By:    _____/s/_____

7                                          Richard L. Seabolt
                                           Suzanne R. Fogarty
                                           Oliver E. Benn
8

9                                          Attorneys for Defendant,
                                           ZYNGA INC.

10

11 Dated:   January ___, 2011             WOLF HALDENSTEIN ADLER FREEMAN &
                                           HERZ LLC

12

13                           By:    _____/s/_____

14                                         ADAM J. LEVITT (pro hac vice)
                                           EDMUND S. ARONOWITZ (pro hac vice)
15                                         55 West Monroe Street, Suite 1111
                                           Chicago, Illinois  60603
16                                         Telephone:   312-984-0000
                                           Facsimile:    312-984-00001
17                                         levitt@whafh.com
                                           aronowitz@whafh.com

18

19                                         WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ LLP
20                                         FRANCIS M. GREGOREK
                                           BETSY C. MANIFOLD
21                                         RACHELE R. RICKERT
                                           PATRICK H. MORAN

22                                         750 B Street, Suite 2770
                                           San Diego, California  92101
23                                         Telephone:   619-239-4599
                                           Facsimile:    619-234-4599
24                                         gregorek@whafh.com
                                           manifold@whafh.com
25                                         ricker@whafh.com
                                           moran@whafh.com

26

27

28

SEEGER WEISS LLP
JONATHAN SHUB
10960 Wilshire Boulevard
Los Angeles, California 90024
Telephone: 310-477-2244
jshub@seegerweiss.com

EDELSON MCGUIRE, LLC
MICHAEL ASCHENBRENER (pro hac vice)
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378
maschenbrener@edelson.com

Plaintiffs' Interim Co-Lead Class Counsel

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: _____January 24,_____, 2011   _____

HON. JAMES WARE
UNITED STATES DISTRICT CHIEF JUDGE

DM1\2475185.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-10-04680-JW                    3