IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Facebook Privacy Litigation _____ / | NO. C 10-02389 JW<br>NO. C 10-04680 JW |
| In re Zynga Privacy Litigation _____ / | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

    On February 7, 2011, the Court conducted a Case Management Conference for these related cases. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court refers the parties to Judge Grewal as to any disputes with respect to discovery. However, the Court declines to address the issue of bifurcation or consolidation of discovery at this time.

    Defendant in the In re Facebook Privacy Litigation has a Motion to Dismiss set for March 28, 2011. (See C 10-2389-JW, Docket Item No. 75.) The Court will set a Further Case Management Conference date in its Order addressing Defendant's Motion to Dismiss.

Dated: February 9, 2011

                                            JAMES WARE
                                            United States District Chief Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam Gutride adam@gutridesafier.com
Adam J. Levitt levitt@whafh.com
3  Andrew N. Friedman afriedman@cohenmilstein.com
Benjamin Harris Richman brichman@edelson.com
4  Charles Hyunchul Jung cjung@nassiri-jung.com
David R. Buchanan DBuchanan@SeegerWeiss.com
5  Francis M. Gregorek gregorek@whafh.com
Jeff S. Westerman jwesterman@milberg.com
6  Joel E Elkins jelkins@weisslurie.com
Jonathan Shub jshub@seegerweiss.com
7  Jordan L. Lurie jlurie@weisslurie.com
Juli E. Farris jfarris@kellerrohrback.com
8  Kassra Powell Nassiri knassiri@nassiri-jung.com
Leigh Anne Parker lparker@weisslurie.com
9  Mark Adam Griffin mgriffin@kellerrohrback.com
Matthew Dean Brown mbrown@cooley.com
10 Michael J. Boni mboni@bonizack.com
Michael James Aschenbrener maschenbrener@edelson.com
11 Michael Patrick Dillingham mdillingham@nassiri-jung.com
Michael Robert Reese michael@reeserichman.com
12 Philip Scott Friedman psf@consumerlawhelp.com
Richard L. Seabolt rlseabolt@duanemorris.com
13 Robert Joseph Drexler rdrexler@kpalawyers.com
Sabrina S. Kim skim@milberg.com
14 Seth Adam Safier seth@gutridesafier.com
Benjamin Harris Richman brichman@edelson.com
15 Charles Hyunchul Jung cjung@nassiri-jung.com
Christopher Lilliard Dore cdore@edelson.com
16 Donald Amamgbo damamgbo@amamgbolaw.com
Eric David Freed eric@freedweiss.com
17 Eric H. Gibbs ehg@girardgibbs.com
Francis M. Gregorek gregorek@whafh.com
18 James M. Penning jpenning@cooley.com
Jay Edelson jedelson@edelson.com
19 Matthew Joseph Zevin mzevin@stanleyiola.com
Reginald Von Terrell ReggieT2@aol.com
20 Sean Patrick Reis sreis@edelson.com
Sydney Jay Hall sydneyhalllawoffice@yahoo.com

21

22 **Dated:  February 9, 2011**                              **Richard W. Wieking, Clerk**

23
                                                            **By:      /s/ JW Chambers**
24                                                                **Elizabeth Garcia**
                                                                  **Courtroom Deputy**
25

26

27

28