Richard L. Seabolt (SBN 67469)
Suzanne R. Fogarty (SBN 154319)
Oliver E. Benn (SBN 244618)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail: RLSeabolt@DuaneMorris.com
SRFogarty@DuaneMorris.com
OBenn@DuaneMorris.com

Attorneys for Defendant,
ZYNGA INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ZYNGA PRIVACY LITIGATION | Case No. CV 10-04680 JW<br><br>STIPULATION AND [PROPOSED] ORDER SETTING DATES RE: ZYNGA INC'S MOTION TO DISMISS |

   IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant Zynga Inc., through their respective counsel, as follows:

   1.   The deadline for Zynga to answer or otherwise plead to plaintiffs' Consolidated Amended Class Action Complaint shall be March 11, 2011.

   2.   Plaintiffs' response in opposition to Zynga's motion to dismiss shall be due April 12, 2011;

   3.   Zynga's reply in support of its motion to dismiss shall be due April 27, 2011;

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-10-04680-JW                              1

4. The parties suggest that the Court set the motion for hearing on Monday May 16, 2011 at 9:00 a.m.

Respectfully Submitted,

Dated: February 16, 2011

DUANE MORRIS LLP

By: _____/s/_____
Richard L. Seabolt
Suzanne R. Fogarty
Oliver E. Benn

Attorneys for Defendant,
ZYNGA INC.

Dated: February 16, 2011

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

By: _____/s/_____
ADAM J. LEVITT (pro hac vice)
EDMUND S. ARONOWITZ (pro hac vice)
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone:   312-984-0000
Facsimile:   312-984-00001
levitt@whafh.com
aronowitz@whafh.com

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
PATRICK H. MORAN

750 B Street, Suite 2770
San Diego, California  92101
Telephone:  619-239-4599
Facsimile:   619-234-4599
gregorek@whafh.com
manifold@whafh.com
ricker@whafh.com
moran@whafh.com

SEEGER WEISS LLP
JONATHAN SHUB
10960 Wilshire Boulevard
Los Angeles, California  90024
Telephone:   310-477-2244
jshub@seegerweiss.com

EDELSON MCGUIRE, LLC
MICHAEL ASCHENBRENER (pro hac vice)
350 North LaSalle Street, 13th Floor
Chicago, Illinois  60654
Telephone:   312-589-6370
Facsimile:    312-589-6378
maschenbrener@edelson.com

Plaintiffs' Interim Co-Lead Class Counsel

[~~PROPOSED~~] ORDER OF THE COURT:

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

DATED:   February 17    , 2011       *[signature: James Ware]*
HON. JAMES WARE
UNITED STATES DISTRICT CHIEF JUDGE

## DECLARATION REGARDING CONCURRENCE

I, Richard L. Seabolt, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER SETTING DATES RE: ZYNGA INC'S MOTION TO DISMISS**. In compliance with General Order 45.X.B, I hereby attest that plaintiffs' counsel has concurred in this filing.

Dated: February 16, 2011

                              **DUANE MORRIS LLP**

                              /s/
                            RICHARD L. SEABOLT

                            Attorneys for Defendant, ZYNGA INC.

DM1\2502183.1