ADAM J. LEVITT (*pro hac vice*)
levitt@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone: 312/984-0000
Facsimile:  312/984-0001

JONATHAN SHUB (237708)
jshub@seegerweiss.com
SEEGER WEISS LLP
10960 Wilshire Boulevard
Los Angeles, California  90024
Telephone: 310/477-2244
Facsimile: 310/477-4123

MICHAEL ASCHENBRENER (*pro hac vice*)
maschenbrener@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle Street, 13th Floor
Chicago, Illinois  60654
Telephone: 312/589-6370
Facsimile: 312/589-6378

Plaintiffs' Interim Co-Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ZYNGA PRIVACY LITIGATION | Case No. CV-10-04680-JW <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE** <br><br> ACTION FILED: 10/18/10 <br><br> Date:  May 16, 2011 <br> Time:  9:00 a.m. <br> Judge:  Hon. James Ware <br> Ctrm.:   8 |

STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE
Case No. CV-10-04680-JW

1    IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant
2  Zynga Inc., through their respective counsel, as follows:
3    Due to a scheduling conflict, and subject to Court approval, the parties agree that the oral
4  arguments on Defendant's Motion to Dismiss Consolidated Amended Class Action Complaint
5  (Dkt. No. 49), and Defendant's Request for Judicial Notice (Dkt. No. 51) should be continued
6  from May 16, 2011, at 9:00 am to May 23, 2011, at 9:00 am.

7  Dated:  April 19, 2011                             Respectfully submitted,

8                                                     WOLF HALDENSTEIN ADLER
                                                       FREEMAN & HERZ LLC
9
                                        By:           /s/ Adam J. Levitt
10                                                    ADAM J. LEVITT (*pro hac vice*)

11                                                    55 West Monroe Street, Suite 1111
                                                      Chicago, Illinois  60603
12                                                    Telephone:  312-984-0000
                                                      Facsimile:  312-984-0001
13                                                    levitt@whafh.com
                                                      aronowitz@whafh.com
14
                                                      SEEGER WEISS LLP
15                                                    JONATHAN SHUB
                                                      10960 Wilshire Boulevard
16                                                    Los Angeles, California  90024
                                                      Telephone:  310-477-2244
17                                                    jshub@seegerweiss.com

18                                                    EDELSON MCGUIRE, LLC
                                                      MICHAEL ASCHENBRENER (*pro hac vice*)
19                                                    350 North LaSalle Street, 13th Floor
                                                      Chicago, Illinois  60654
20                                                    Telephone:  312-589-6370;
                                                      Facsimile:  312-589-6378
21                                                    maschenbrener@edelson.com

22                                                    Plaintiffs' Interim Co-Lead Class Counsel

23  Dated:  April 19, 2011                            DUANE MORRIS LLP

24                                      By:           /s/ Richard L. Seabolt
                                                      RICHARD L. SEABOLT
25
                                                      Spear Tower - One Market Plaza, Suite 2200
26                                                    San Francisco, CA 94105-1127
                                                      Telephone: 415/957-3000; Facsimile:  415/957-3001
27
                                                      Attorneys for Defendant ZYNGA INC.
28

STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE
Case No. CV-10-04680-JW

- 1 -

1  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED that the oral
2  arguments on Defendant's Motion to Dismiss Consolidated Amended Class Action Complaint
3  (Dkt. No. 49), and Defendant's Request for Judicial Notice (Dkt. No. 51) should be continued
4  from May 16, 2011, at 9:00 am to May 23, 2011, at 9:00 am.

5

6  DATED: _____, 2011      _____
                                          HON. JAMES WARE
7                                         UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE
Case No. CV-10-04680-JW

## DECLARATION REGARDING CONCURRENCE

1  
2     I, Adam J. Levitt, am the ECF User whose identification and password are being used to
3  file this Stipulation and [Proposed] Order Continuing Oral Argument Date in compliance with
4  General Order 45.X.B, I hereby attest that Richard L. Seabolt has concurred in this filing.

5  DATED: April 19, 2011                        WOLF HALDENSTEIN ADLER FREEMAN
                                                & HERZ LLP
6  
7                                               By: _____/s/ Adam J. Levitt_____
                                                        ADAM J. LEVITT
8  

ZYNGA:17715.STIP

STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE  
Case No. CV-10-04680-JW

- 3 -

## DECLARATION OF SERVICE

I, Maureen Longdo , the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on April 19, 2011, declarant served Stipulation and [Proposed] Order Continuing Oral Argument Date via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April 2011, at San Diego, California.

_____
MAUREEN LONGDO

STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE
Case No. CV-10-04680-JW

- 4 -

ZYNGA GAME NETWORK, INC.
Service List – October 28, 2010
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Patrick H. Moran
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
moran@whafh.com

Adam J. Levitt
Edmund S. Aronowitz
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
    312/984-0000
    312/984-0001 (fax)
levitt@whafh.com
aronowitz@whafh.com

William J. Doyle II
John A. Lowther
DOYLE LOWTHER LLP
9466 Black Mountain Road, Suite 210
San Diego, CA 92126
    619/573-1700
    619/573-1701 (fax)
bill@doylelowther.com
john@doylelowther.com

Alan M. Mansfield
THE CONSUMER LAW GROUP
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
    619/308-5034
    888/341-5048 (fax)
alan@clgca.com

**Attorneys for Plaintiffs Gudac and Beiles**

17868

Shawn Khorrami
Robert J. Drexler, Jr.
Launa Adolph
KHORRAMI POLLARD & ABIR LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
    213/596-6000
    213/596-6010 (fax)
skhorrami@kpalawyers.com
rdrexler@kpalawyers.com
ladolph@kpalawyers.com

Harris L. Pogust
Bharati O. Sharma
POGUST, BRASLOW & MILROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 194238
    610/941-4204
    610/941-4245 (fax)
hpogust@pbmattorneys.com
bsharma@phmattorneys.com

**Attorneys for Plaintiff Albini**

Kassra P. Nassiri
Charles H. Jung
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, CA 94108
    415/762-3100
    415/534-3200 (fax)
knassiri@nassiri-jung.com
ejung@nassiri-jung.com

Michael J. Aschenbrener
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
    312/589-6370
    312/589-6378 (fax)
maschenbrener@edelson.com

**Attorneys for Plaintiff Graf**

ZYNGA GAME NETWORK, INC.
Service List – October 28, 2010
Page 2

COUNSEL FOR PLAINTIFFS

Jonathan Shub
SEEGER WEISS LLP
10960 Wilshire Blvd.
Los Angeles, CA 90024
    310/477-2244
    310/477-4123 (fax)
jshub@seegerweiss.com

Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
One William Street
New York, NY 10004
    212/584-0700
    212/584-0799 (fax)
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com

Michael J. Boni
BONI & ZACK, LLP
15 St. Asaphs Road
Bala Cynwyd, PA 19004
    610/822-0200
    610/822-0206 (fax)
mboni@bonizack.com

Eric D. Freed
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602
    312/220-0000
    312/220-7777 (fax)
eric@freedwiess.com

Marc H. Edelson
44 West Court Street
Doylestown, PA 18901
    215/230-8043
    215/230-8735 (fax)
medelson@edelson-law.com

**Attorneys for Plaintiff Schreiber**

Juli E. Farris
Mark A. Griffin
David J. Ko
KELLER RHOHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
    206/623-1900
    206/623-3384 (fax)
jfarris@kekllerrohrback.com
mgriffin@kellerrohrback.com
dko@kellerrohrback.com

**Attorneys for Plaintiff Swanson**

Jeff S. Westerman
Sabrina S. Kim
MILBERG LLP
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
    213-617-1200
    213-617-1975 (fax)
jwesterman@milberg.com
skim@milberg.com

Peter E. Seidman
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
    212-594-5300
    212-868-1229 (fax)
pseidman@milberg.com

Michael Robert Reese
Kim E. Richman
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
    212-579-4625
    212 253-4272 (fax)
michael@reeserichman.com

**Attorneys for Plaintiffs Phee and O'Hara**

17868

ZYNGA GAME NETWORK, INC.
Service List – October 28, 2010
Page 3

COUNSEL FOR PLAINTIFFS

Adam Gutride
Kristen Gelinas Simplicio
Seth Adam Safier
GUTRIDE SAFIER LLP
835 Douglass Street
San Francisco, CA 94114
    415/271-6469
    415/449-6469 (fax)
adam@gutridesafier.com
Kristen@gutridesafier.com
seth@gutridesafier.com

**Attorneys for Plaintiff Carmel-Jessup**

Eric H. Gibbs
Dylan Hughes
David Knothe Stein
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108
    415/981-4800
    415/981-4846 (fax)
ehg@girardgibbs.com
dsh@girardgibbs.com
ds@girardgibbs.com

Andrew N. Friedman
Daniel A. Small
Stefanie M. Ramirez
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue
Suite 500, West Tower
Washington, DC 98104
    202/408-4600
    202/408-4699 (fax)
afriedman@cohenmilstein.com
dsmall@cohenmilstein.com
sramirez@cohenmilstein.com

Philip Scott Friedman
Attorney at Law
2401 Pennsylvania Ave., N.W., Suite 410
Washington, DC 20037
    202/293-4175
    202/318-0395 (fax)
psf@consumerlawhelp.com

**Attorneys for Plaintiffs Bryant and Brock**

COUNSEL FOR DEFENDANTS

Richard L. Seabolt
Suzanne R. Fogarty
Oliver E. Benn
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
    415/957-3000
    415/957-3001 (fax)
RLSeabolt@DuaneMorris.com
SRFogarty@DuaneMorris.com
Obenn@DuaneMorris.com

Attorneys for Defendant
ZYNGA GAME NETWORK INC.

17868