ADAM J. LEVITT (*pro hac vice*)
levitt@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone: 312/984-0000
Facsimile:  312/984-0001

JONATHAN SHUB (237708)
jshub@seegerweiss.com
SEEGER WEISS LLP
10960 Wilshire Boulevard
Los Angeles, California  90024
Telephone: 310/477-2244
Facsimile: 310/477-4123

MICHAEL ASCHENBRENER (*pro hac vice*)
maschenbrener@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle Street, 13th Floor
Chicago, Illinois  60654
Telephone: 312/589-6370
Facsimile: 312/589-6378

Plaintiffs' Interim Co-Lead Counsel

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
4/22/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ZYNGA PRIVACY LITIGATION | Case No. CV-10-04680-JW |
| | <u>CLASS ACTION</u> |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE** |
| | ACTION FILED: 10/18/10 |
| | Date:  May 16, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. James Ware<br>Ctrm.:  8 |

STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE
Case No. CV-10-04680-JW

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant Zynga Inc., through their respective counsel, as follows:

Due to a scheduling conflict, and subject to Court approval, the parties agree that the oral arguments on Defendant's Motion to Dismiss Consolidated Amended Class Action Complaint (Dkt. No. 49), and Defendant's Request for Judicial Notice (Dkt. No. 51) should be continued from May 16, 2011, at 9:00 am to May 23, 2011, at 9:00 am.

Dated: April 19, 2011                    Respectfully submitted,

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC

By:    /s/ Adam J. Levitt
ADAM J. LEVITT (*pro hac vice*)

55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone:  312-984-0000
Facsimile:   312-984-0001
levitt@whafh.com
aronowitz@whafh.com

SEEGER WEISS LLP
JONATHAN SHUB
10960 Wilshire Boulevard
Los Angeles, California  90024
Telephone:   310-477-2244
jshub@seegerweiss.com

EDELSON MCGUIRE, LLC
MICHAEL ASCHENBRENER (*pro hac vice*)
350 North LaSalle Street, 13th Floor
Chicago, Illinois  60654
Telephone:  312-589-6370;
Facsimile:   312-589-6378
maschenbrener@edelson.com

Plaintiffs' Interim Co-Lead Class Counsel

Dated: April 19, 2011                    DUANE MORRIS LLP

By:    /s/ Richard L. Seabolt
RICHARD L. SEABOLT

Spear Tower - One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415/957-3000; Facsimile:  415/957-3001

Attorneys for Defendant ZYNGA INC.

STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE
Case No. CV-10-04680-JW

1  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED that the oral
2  arguments on Defendant's Motion to Dismiss Consolidated Amended Class Action Complaint
3  (Dkt. No. 49), and Defendant's Request for Judicial Notice (Dkt. No. 51) should be continued
4  from May 16, 2011, at 9:00 am to **June 20, 2011** at 9:00 am.in Courtroom 5, 17th Floor, San
   Francisco. The briefing schedule shall remain unchanged.
5
6  DATED: __April 22,_____, 2011       _____
                                          HON. JAMES WARE
7                                         UNITED STATES DISTRICT JUDGE

## DECLARATION REGARDING CONCURRENCE

I, Adam J. Levitt, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Oral Argument Date in compliance with General Order 45.X.B, I hereby attest that Richard L. Seabolt has concurred in this filing.

DATED: April 19, 2011　　　　　　　　WOLF HALDENSTEIN ADLER FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　& HERZ LLP

　　　　　　　　　　　　　　　　　By: _____/s/ Adam J. Levitt_____
　　　　　　　　　　　　　　　　　　　　　　ADAM J. LEVITT

ZYNGA:17715.STIP

STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE
Case No. CV-10-04680-JW

- 3 -

## DECLARATION OF SERVICE

I, Maureen Longdo , the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on April 19, 2011, declarant served Stipulation and [Proposed] Order Continuing Oral Argument Date via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April 2011, at San Diego, California.

_____
MAUREEN LONGDO

STIPULATION AND [PROPOSED] ORDER CONTINUING ORAL ARGUMENT DATE
Case No. CV-10-04680-JW

- 4 -

ZYNGA GAME NETWORK, INC.
Service List – October 28, 2010
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Patrick H. Moran
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
     619/239-4599
     619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
moran@whafh.com

Adam J. Levitt
Edmund S. Aronowitz
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
     312/984-0000
     312/984-0001 (fax)
levitt@whafh.com
aronowitz@whafh.com

William J. Doyle II
John A. Lowther
DOYLE LOWTHER LLP
9466 Black Mountain Road, Suite 210
San Diego, CA 92126
     619/573-1700
     619/573-1701 (fax)
bill@doylelowther.com
john@doylelowther.com

Alan M. Mansfield
THE CONSUMER LAW GROUP
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
     619/308-5034
     888/341-5048 (fax)
alan@clgca.com

**Attorneys for Plaintiffs Gudac and Beiles**

17868

Shawn Khorrami
Robert J. Drexler, Jr.
Launa Adolph
KHORRAMI POLLARD & ABIR LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
     213/596-6000
     213/596-6010 (fax)
skhorrami@kpalawyers.com
rdrexler@kpalawyers.com
ladolph@kpalawyers.com

Harris L. Pogust
Bharati O. Sharma
POGUST, BRASLOW & MILROOD, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 194238
     610/941-4204
     610/941-4245 (fax)
hpogust@pbmattorneys.com
bsharma@phmattorneys.com

**Attorneys for Plaintiff Albini**

Kassra P. Nassiri
Charles H. Jung
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, CA 94108
     415/762-3100
     415/534-3200 (fax)
knassiri@nassiri-jung.com
ejung@nassiri-jung.com

Michael J. Aschenbrener
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
     312/589-6370
     312/589-6378 (fax)
maschenbrener@edelson.com

**Attorneys for Plaintiff Graf**

ZYNGA GAME NETWORK, INC.
Service List – October 28, 2010
Page 2

COUNSEL FOR PLAINTIFFS

Jonathan Shub
SEEGER WEISS LLP
10960 Wilshire Blvd.
Los Angeles, CA 90024
    310/477-2244
    310/477-4123 (fax)
jshub@seegerweiss.com

Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
One William Street
New York, NY 10004
    212/584-0700
    212/584-0799 (fax)
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com

Michael J. Boni
BONI & ZACK, LLP
15 St. Asaphs Road
Bala Cynwyd, PA 19004
    610/822-0200
    610/822-0206 (fax)
mboni@bonizack.com

Eric D. Freed
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602
    312/220-0000
    312/220-7777 (fax)
eric@freedwiess.com

Marc H. Edelson
44 West Court Street
Doylestown, PA 18901
    215/230-8043
    215/230-8735 (fax)
medelson@edelson-law.com

**Attorneys for Plaintiff Schreiber**

Juli E. Farris
Mark A. Griffin
David J. Ko
KELLER RHOHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
    206/623-1900
    206/623-3384 (fax)
jfarris@kekllerrohrback.com
mgriffin@kellerrohrback.com
dko@kellerrohrback.com

**Attorneys for Plaintiff Swanson**

Jeff S. Westerman
Sabrina S. Kim
MILBERG LLP
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
    213-617-1200
    213-617-1975 (fax)
jwesterman@milberg.com
skim@milberg.com

Peter E. Seidman
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
    212-594-5300
    212-868-1229 (fax)
pseidman@milberg.com

Michael Robert Reese
Kim E. Richman
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
    212-579-4625
    212 253-4272 (fax)
michael@reeserichman.com

**Attorneys for Plaintiffs Phee and O'Hara**

17868

ZYNGA GAME NETWORK, INC.
Service List – October 28, 2010
Page 3

COUNSEL FOR PLAINTIFFS

Adam Gutride
Kristen Gelinas Simplicio
Seth Adam Safier
GUTRIDE SAFIER LLP
835 Douglass Street
San Francisco, CA 94114
    415/271-6469
    415/449-6469 (fax)
adam@gutridesafier.com
Kristen@gutridesafier.com
seth@gutridesafier.com

**Attorneys for Plaintiff Carmel-Jessup**

Eric H. Gibbs
Dylan Hughes
David Knothe Stein
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108
    415/981-4800
    415/981-4846 (fax)
ehg@girardgibbs.com
dsh@girardgibbs.com
ds@girardgibbs.com

Andrew N. Friedman
Daniel A. Small
Stefanie M. Ramirez
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue
Suite 500, West Tower
Washington, DC 98104
    202/408-4600
    202/408-4699 (fax)
afriedman@cohenmilstein.com
dsmall@cohenmilstein.com
sramirez@cohenmilstein.com

Philip Scott Friedman
Attorney at Law
2401 Pennsylvania Ave., N.W., Suite 410
Washington, DC 20037
    202/293-4175
    202/318-0395 (fax)
psf@consumerlawhelp.com

**Attorneys for Plaintiffs Bryant and Brock**

COUNSEL FOR DEFENDANTS

Richard L. Seabolt
Suzanne R. Fogarty
Oliver E. Benn
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
    415/957-3000
    415/957-3001 (fax)
RLSeabolt@DuaneMorris.com
SRFogarty@DuaneMorris.com
Obenn@DuaneMorris.com

Attorneys for Defendant
ZYNGA GAME NETWORK INC.

17868