Richard L. Seabolt (SBN 67469)
Suzanne R. Fogarty (SBN 154319)
Oliver E. Benn (SBN 244618)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: 415.957.3000
Facsimile:  415.957.3001
E-mail:     RLSeabolt@DuaneMorris.com
            SRFogarty@DuaneMorris.com
            OBenn@DuaneMorris.com

Attorneys for Defendant,
ZYNGA INC.

*IT IS SO ORDERED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE ZYNGA PRIVACY LITIGATION | Case No. CV 10-04680 JW |
|---|---|
| | STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND, BRIEFING SCHEDULE AND HEARING DATE FOR ZYNGA INC.'S MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT (CIVIL LOCAL RULE 6-1(B)) |
| | ACTION FILED:  October 18, 2010 |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant Zynga Inc. ("Zynga"), through their respective counsel, as follows:

WHEREAS on July 15, 2011, Plaintiffs filed their Second Amended Consolidated Class Action Complaint ("Second Amended Complaint") in this consolidated action (Dkt. No. 67).

WHEREAS Zynga's response to the Second Amended Complaint is currently due on July 29, 2011.

WHEREAS the first available hearing date for Zynga's planned motion to dismiss is currently October 17, 2011.

WHEREAS under Civil Local Rule 6-1(b), the Parties may, by written stipulation, request a Court order extending the time for Zynga' Motion to Dismiss, Plaintiffs' Opposition, and Zynga's Reply, AND

WHEREAS this brief extension of time will enable the Parties to provide better and more helpful briefing to the Court without affecting any case deadlines or any other aspect of the case schedule.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to approval by the Court, as follows:

1. The deadline for Zynga to file its motion to dismiss or otherwise plead to plaintiffs' Consolidated Second Amended Class Action Complaint shall be August 12, 2011;

2. The deadline for Plaintiffs to file their response in opposition to Zynga's motion to dismiss shall be September 9, 2011;

3. The deadline for Zynga to file its reply in support of its motion to dismiss shall be September 23, 2011;

4. The parties respectfully request that the Court set Zynga's motion to dismiss the Second Amended Complaint for hearing on Monday October 17, 2011 at 9:00 a.m.

Respectfully submitted,

Dated: July 22, 2011            DUANE MORRIS LLP


                                By:      /s/
                                    Richard L. Seabolt
                                    Suzanne R. Fogarty
                                    Oliver E. Benn

                                    Attorneys for Defendant,
                                    ZYNGA INC.

| | | |
|---|---|---|
| Dated: July 22, 2011 | | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC |

By: _____/s/_____
ADAM J. LEVITT (*pro hac vice*)
EDMUND S. ARONOWITZ (*pro hac vice*)
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: 312-984-0000
Facsimile: 312-984-00001
levitt@whafh.com
aronowitz@whafh.com


WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
PATRICK H. MORAN

750 B Street, Suite 2770
San Diego, California 92101
Telephone: 619-239-4599
Facsimile: 619-234-4599
gregorek@whafh.com
manifold@whafh.com
ricker@whafh.com
moran@whafh.com

SEEGER WEISS LLP
JONATHAN SHUB
10960 Wilshire Boulevard
Los Angeles, California 90024
Telephone: 310-477-2244
jshub@seegerweiss.com

EDELSON MCGUIRE, LLC
MICHAEL ASCHENBRENER (*pro hac vice*)
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378
maschenbrener@edelson.com

***Plaintiffs' Interim Co-Lead Class Counsel***

---

STIPULATION AND [PROPOSED] ORDER,
CASE NO. CV-10-04680-JW                                   3

[PROPOSED] ORDER OF THE COURT:

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: July 27, 2011

*/s/ James Ware*
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

## DECLARATION REGARDING CONCURRENCE

I, Richard L. Seabolt, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER SETTING DATES RE: ZYNGA INC'S MOTION TO DISMISS**. In compliance with General Order 45.X.B, I hereby attest that plaintiffs' counsel has concurred in this filing.

Dated: July 22, 2011

DUANE MORRIS LLP

/s/
RICHARD L. SEABOLT
Attorneys for Defendant, ZYNGA INC.

DM1\2750766.1