December 28, 2011

**CASE INFORMATION:**
Short Case Title: GRAF -v- ZYNGA GAME NETWORK, INC.
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Jose Division, Judge James Ware
Criminal and/or Civil Case No.: CV 10-04680 JW
Date Complaint/Indictment/Petition Filed: 10/18/2010
Date Appealed order/judgment *entered* 11/22/2011
Date NOA *filed* 12/21/2011
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):     ☐ granted in full (attach order)         ☐ denied in full (send record)
                             ☐ granted in part (attach order)         ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 10/18/2010                    Date Docket Fee Billed:
Date FP granted:                    Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:

**Adam J. Levitt**
Wolf Haldenstein Adler Freeman Herz LLC
55 West Monroe Street
Suite 1111
Chicago, IL 60603
312-984-0000
Fax: 312-984-0001
Email: levitt@whafh.com

Appellee Counsel:

**Richard L. Seabolt**
Duane Morris LLP
One Market
Spear Tower, Ste. 2200
San Francisco, CA 94105
415-957-3212
Fax: 415-957-3000
Email: rlseabolt@duanemorris.com

**Matthew Dean Brown**
Cooley LLP
101 California St. Flr 5
San Francisco, CA 94111-5800
(415) 693-2000
Fax: 415-693-2222
Email: mbrown@cooley.com

X retained   ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**

Prisoner ID:                                    Address:

Custody:

Bail:

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid: 12/21/2011                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Tiffany Salinas-Harwell
408-535-5363